**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Philip Brazil STONE, Defendant–**
**Appellant.**

No. 06–50578
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Darren Obenoskey, Mosley & Obenoskey, Waco, TX, for Defendant–Appellant.

---

Before HIGGINBOTHAM, STEWART and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Philip Brazil Stone has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Stone has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

